# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A Ford Taurus, bearing Pennsylvania tag JWT-1267, VIN 1FAHP2F80EG120828 | ) ) ) ) ) )   Case No. 19-1043-M |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*
See attachment A, incorporated here.

located in the ____Eastern____ District of ____Pennsylvania____, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B, incorporated here.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sect. 841(a)(1); | Distribution of a controlled substance; |
| 18 U.S.C. Sect. 922(a)(1)(A); | Dealing in firearms without a license; felon in possession of firearms |
| 18 U.S.C. Sect. 922(g)(1) | |

The application is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Robert Wise, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/13/2019

*Judge's signature*

City and state: Philadelphia, PA.    U.S. Magistrate Judge Richard A Lloret
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Robert Wise, being duly sworn, depose and state as follows:

### A. BACKGROUND

1. I am a Special Agent for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am currently assigned to ATF Philadelphia Group VII, which is a Firearms Enforcement Group whose primary responsibilities include investigating individuals or groups who commit violations of federal firearms and narcotics laws in Philadelphia, Pennsylvania. As a result of my training and experience, and that of my fellow investigators, I am familiar with investigation involving violations of federal firearms and narcotics laws, and I am familiar with Federal search warrants and seizing evidence in accordance with the probable cause set forth in the affidavits.

2. The information contained in this affidavit is drawn from my personal knowledge and observations as well as discussions with other ATF and Drug Enforcement Administration ("DEA") agents, other sworn law enforcement personnel, and a confidential informant. Because this affidavit is being submitted for the limited purpose of securing authorization to search **a Ford Taurus bearing Pennsylvania tag JWT-1267, VIN 1FAHP2F80EG120828**, I have set forth only the facts that I believe are necessary to establish probable cause.

### B. INVESTIGATION

3. The United States, including the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Drug Enforcement Administration ("DEA"), in conjunction with the Philadelphia Police Department ("PPD") are conducting a criminal investigation of Dawud ROBINSON for federal narcotics and firearms violations. In summary, between March 8, 2019

1

and May 17, 2019, an ATF Special Agent acting in an undercover capacity (hereinafter referred to as "UC-1") and an ATF Confidential Informant[1] (hereinafter referred to as "CI-1") working together conducted controlled purchases[2] of methamphetamine[3] from Dawud ROBINSON on seven separate occasions. Each of these controlled purchases were surveilled by law enforcement and video and/or audio recorded utilizing electronic surveillance equipment. Additionally, on April 20, 2019 UC-1 and CI-1 conducted a controlled purchase of a Taurus .38special revolver from ROBINSON, and on May 31, 2019 UC-1 and CI-1 conducted a controlled purchase of a SCCY 9x19mm pistol from ROBINSON. In both instances, ROBINSON directed UC-1 to retrieve the firearms from a vehicle where he appeared to have stored them. ROBINSON is a convicted felon and therefore ineligible to possess firearms, and furthermore does not hold a license to deal in firearms. Law enforcement personnel observed ROBINSON to utilize several different vehicles when meeting with UC-1 and CI-1 in order to conduct these controlled purchases. Furthermore, each of these controlled purchases following the initial purchase of methamphetamine on March 8, 2019, was preceded by and arranged through recorded telephone contacts between CI-1 and ROBINSON, who utilized the telephone number 215-201-1569 (hereafter referred to as the "ROBINSON PHONE").

---

1 CI-1 is a registered ATF Confidential Informant. CI-1 has participated in multiple prior ATF investigations, including conducting numerous successful controlled purchases of firearms and bulk quantities of narcotics that have resulted in both federal and state prosecutions. CI-1 is not exposed to federal or state prosecution at this time.
2 A "controlled purchase" is when investigators use an undercover officer and/or a confidential informant to purchase evidence, such as narcotics or firearms, from subjects of an investigation. Audio/video electronic surveillance equipment is used to record the transaction and physical surveillance is conducted by investigators
3 Samples of all of the methamphetamine referenced in this affidavit has been field tested by the Drug Enforcement Administration, and all these field tests have been positive for methamphetamine. Analysis by DEA regarding the purity of this methamphetamine is currently pending

## Controlled Purchase of a SCCY 9mm handgun from inside the black Ford Taurus on May 31, 2019

4. On May 30, 2019, ROBINSON contacted CI-1 via the ROBINSON PHONE and arranged to sell CI-1 a firearm the following day. On May 31, 2019 UC-1 and CI-1 met with ROBINSON in Philadelphia, PA. UC-1 provided ROBINSON with government funds for the purchase of the firearm. ROBINSON directed UC-1 to the rear seat of a black Ford Taurus parked nearby. Upon approaching this black Ford Taurus, UC-1 noticed distinctive markings, appearing to be written in grease pen, visible on the left rear passenger window of this Ford Taurus. A review of the video recording of the controlled purchase, captured by a video/audio recording device with which UC-1 was equipped, shows these markings on the Taurus's left rear passenger window to read "28915849x", and below this, "100,301mi". On the rear seat of this Ford Taurus, UC-1 found and recovered a SCCY, Model CPX-1 9x19mm pistol bearing serial number 242050.

## Bulk Methamphetamine Purchase Scheduled for June 11, 2019

5. On May 17, 2019, May 23, 2019, and May 31, 2019, ROBINSON discussed with CI-1 and UC-1 a plan to meet in order for UC-1 and CI-1 to purchase a bulk quantity of methamphetamine through ROBINSON. On June 6, 2019 CI-1, in a recorded telephone conversation with ROBINSON via the ROBINSON PHONE, agreed to meet with ROBINSON on June 11, 2019, at 9:00AM to conduct this methamphetamine transaction. Through these conversations, UC-1 and CI-1 understood that they would pay Robinson for approximately 1 pound of methamphetamine, and that ROBINSON would provide them an additional pound of methamphetamine on consignment, for a total of approximately 2 pounds of methamphetamine. UC-1 and CI-1 further understood that ROBINSON intended to take

3

more methamphetamine to a location outside Philadelphia in order to sell it there, and that he would be leaving Philadelphia with this methamphetamine on June 11, 2019, shortly after their arranged transaction was completed.

### Arrest of ROBINSON on June 11, 2019

6. On the evening of June 10, 2019, CI-1 confirmed in a telephone contact with ROBINSON, via the ROBINSON PHONE, that they would meet the next morning, June 11, 2019, at 9:00AM. On the morning of June 11, 2019, law enforcement personnel established surveillance of ROBINSON's residence at 4123 K Street, Philadelphia, PA[4]. The surveillance team saw a **Ford Taurus bearing Pennsylvania tag JWT-1267, VIN 1FAHP2F80EG120828** (hereafter the "SUBJECT VEHICLE") parked on the 4100 block of K Street a short distance from the residence. The investigators knew from previous records checks that Pennsylvania tag JWT-1267 is registered to Dawud ROBINSON[5]. At approximately 8:02 a.m., ROBINSON texted CI-1, from the ROBINSON PHONE, and confirmed the timing and location of the 9:00 a.m. methamphetamine transaction. At approximately 8:55 a.m., the surveillance team saw ROBINSON leave his residence, enter the driver's seat of the SUBJECT VEHICLE, and drive the SUBJECT VEHICLE in the direction of the location where he and CI-1 had arranged to meet to conduct the methamphetamine transaction. At approximately 9:00 a.m., uniformed Philadelphia Police Department officers in a marked vehicle conducted a vehicle stop of the SUBJECT VEHICLE. ROBINSON was removed from the driver's seat of the vehicle and subsequently

---

4 This is ROBINSON's home address as it appears in Pennsylvania Department of Transportation records.
5 A check of Pennsylvania Department of Transportation Records reveals that VIN 1FAHP2F80EG120828 is also registered to ROBINSON.

4

arrested by ATF. There were no other occupants of the vehicle. After ROBINSON was removed from the vehicle, I saw, in plain view through the windows of the SUBJECT VEHICLE, a cellular telephone on the center console of the SUBJECT VEHICLE. I placed a call to the number assigned to the ROBINSON PHONE, and observed the cellular telephone on the console begin to ring and saw my telephone number appear on the screen. Additionally, I observed the SUBJECT VEHICLE to have "100,301mi" written in apparent grease pen on its left rear passenger window, and to have partially-erased but still partially visible apparent grease pen markings consistent with "28915849" immediately above this. These distinctive markings are consistent with those observed on the black Ford Taurus which ROBINSON utilized to store the SCCY 9x19mm handgun he sold to UC-1 and CI-1 on May 31, 2019.

7. Following ROBINSON's arrest, law enforcement personnel transported the SUBJECT VEHICLE to the ATF office in Philadelphia, PA, where it has remained in a secure location.

8. Based on my training and experience, I am aware that individuals engaged in narcotics and firearms trafficking, such as Dawud ROBINSON, often transport and store narcotics and firearms inside of their vehicles. This instance is no different; ROBINSON has on multiple occasions utilized his vehicles to transport narcotics and store firearms, and on at least one prior occasion has utilized the SUBJECT VEHICLE itself to store a firearm. Additionally, at the time this vehicle was seized from ROBINSON, he was apparently en route to a meeting at which he was to provide several pounds of methamphetamine to an undercover special agent and a cooperating informant. Individuals who illegally deal in

narcotics and firearms also often keep inside their vehicles items such as documents, receipts, books, records, and papers that pertain to their narcotics and firearms trafficking activities, as well as the drugs and firearms themselves, and currency obtained from and used in furtherance of their narcotics and firearms trafficking. Furthermore, they utilize cellular telephones, such as the ROBINSON PHONE which is presently inside the SUBJECT VEHICLE, in furtherance of their narcotics and firearms trafficking, just as ROBINSON has done. Based on the above information, and after consultation and discussion with senior agents and other law enforcement personnel familiar with the investigation, I believe that the **Ford Taurus bearing Pennsylvania tag JWT-1267, VIN 1FAHP2F80EG120828** is utilized by Dawud ROBINSON for the trafficking of narcotics and firearms and is likely to contain evidence of such.

9. Given the facts and circumstances set forth above, your affiant avers there is sufficient probable cause to search a **Ford Taurus bearing Pennsylvania tag JWT-1267, VIN 1FAHP2F80EG120828**, for violations of Title 21, United States Code, Section 841(a)(1) – distribution of a controlled substance; Title 18 United States Code, Section 922(a)(1)(A) – dealing in firearms without a license; and Title 18, United States Code, Section 922(g)(1) · Felon in Possession of a Firearm. I therefore request that the court issue a search warrant for this vehicle. The vehicle to be searched is described in Attachment A of

6

the search warrant, for evidence, which is detailed in Attachment B of the search warrant.

Robert Wise
Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives (ATF)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th
DAY OF JUNE, 2019

HON. RICHARD A. LLORET
U.S. Magistrate Judge